**FILED**

APR 0 8 2016

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DARRELL DEAN SHARP, | Cause No. CV 16-25-GF-DWM-JTJ |
| Petitioner, | |
| vs. | ORDER |
| STATE OF MONTANA, | |
| Respondents. | |

This case comes before the Court on Petitioner Darrell Sharp's pro se application for writ of habeas corpus asking this Court to "vacate [and] set aside or correct sentence" pursuant to 28 U.S.C. § 2255. (Doc. 1 at 1). Sharp is a state prisoner; he is represented by counsel David Ness in a companion habeas petition filed under 28 U.S.C. § 2254. *See*, CV-13-89-GF-DWM-JTJ.

Because Sharp is a state prisoner, there is no possible manner in which he could demonstrate he is "[a] prisoner in custody under sentence of a court established by Act of Congress." *See*, 28 U.S.C. § 2255(a). Thus, this Court lacks jurisdiction over the instant petition.

Based on the foregoing, the Court enters the following:

## ORDER

Mr. Sharp's petition (Doc. 1) ~~should be~~ *is* DISMISSED for lack of jurisdiction.

DATED this ___ day of April, 2016.

Donald W. Molloy
United States District Court